# EXHIBIT 7

AMERICAN ARBITRATION ASSOCIATION
Commercial Arbitration Tribunal

JOHN PEARSON and
TENSAW INVESTMENT GROUP, LLC
d/b/a ZIPPY OF GREATER MOBILE,                           No. 01 20 0000 5245

        **Claimants,**

and

ZIPPY SHELL INCORPORATED,
1-800-PACK-RAT, LLC,
MARK KUHNS, RICK DEL SONTRO,
GARETH TAYLOR, DANIELLE SCOTT,

        **Respondents.**

## SCHEDULING AND PROCEDURE ORDER NO. 25

The panel of arbitrators, Arthur House, Jonathan Solish and John Holsinger, panel chair, conducted a hearing by Zoom platform on June 2, 2022, to hear final oral argument, with Peter R. Silverman, Esq. and Matthew T. Kemp, Esq., counsel for Claimants, and with Daniel Gildin, Esq., Clifford Bond, Esq., and C. Patteson Cardwell, IV, Esq., counsel for Respondents, and the panel inquired of counsel whether they had any further proofs to offer or witnesses to be heard or arguments to make, and received negative replies, except for receipt by the panel of the supplemental submissions identified below, and for good cause shown:

IT IS ON THIS 4th day of June 2022 ORDERED:

**Closing The Evidentiary Hearing**

1. The panel is satisfied that the record is complete, except for receipt of the supplemental submissions identified below. Therefore, the panel closes the evidentiary hearing subject to receipt of those submissions.

2. Upon receipt of the supplemental submissions identified below the panel will determine if the hearing may be closed for all purposes and will so inform the parties.

**Supplemental Submissions**

3. The parties shall deliver the following supplemental submissions to the panel:

(a) by June 16, 2022, final transcripts of the testimony of Andrew Friedman and Allison McFarland, and of the final oral argument;

(b) by June 3, 2022, copies of the cases referred to by counsel during final oral argument that had not previously been submitted to the panel (already received as of the date of this order);

(c) by June 16, 2022, supplemental documents relating to attorneys' fee and costs incurred after the date of the prior fees and costs submissions, and, if possible, a stipulation of counsel to the reasonableness of the opposing supplemental submissions about fees and costs;

(d) by June 9, 2022, Claimants' supplemental brief on the so-called *Prima Paint* issue relating to the enforceability, or not, of the provision in the franchise agreement purporting to bar an award of punitive damages; and

(e) by June 16, 2022, Respondents' response to Claimants' supplemental submission on that issue.

**Other Matters**

4. The provisions of paragraphs 1 through 10 (communication with the panel), 19 to 20 (procedural matters), 26 (non-review of exhibits not referred to during

the hearing), and 46 (form of the final award) of Scheduling and Procedure Order No. 1, and of paragraphs 1 to 9 (applicable law) of Scheduling and Procedure Order No. 2, and of paragraphs 1 to 18 (decision on preliminary allocation of costs) of Scheduling and Procedure Order No. 4, and of paragraph 17 (time of day for service of papers) of Scheduling and Procedure Order No. 13, and of paragraph 7 (spacing, typeface and margins of submissions) of Scheduling and Procedure Order No. 16, and all prior relevant procedural and discovery rulings remain in full force and effect.

5.   There shall be no adjournments absent good cause or extraordinary unforeseen circumstances unrelated to preparedness.

6.   The parties are to raise to the panel immediately any matter that has the potential to affect adversely any part of the schedule in this or any future order so the matter may be addressed and not delay any of the schedule or final oral argument.

_____/s/_____
John R. Holsinger, Panel Chair,
For the panel and with the approval
of the panel members